Siewicz, Appellant, *v.* Wyoming Valley Hospital.

Argued May 4, 1964; reargued November 18, 1964. Before BELL, C. J., MUSMANNO, JONES, COHEN, EAGEN, O'BRIEN and ROBERTS, JJ.

*John G. Zapotok,* with him *Joseph V. Kasper,* for appellant.

*James P. Harris, Jr.,* for hospital, appellee.

OPINION BY MR. JUSTICE MUSMANNO, March 22, 1965:

Reversed. *Flagiello v. Pennsylvania Hospital,* 417 Pa. 486, 208 A. 2d 193.

Mr. Justice JONES dissents.

———

DISSENTING OPINION BY MR. CHIEF JUSTICE BELL:

I dissent for the reasons set forth at great length in my dissenting Opinion in *Flagiello v. Pennsylvania Hospital,* 417 Pa. 486, 208 A. 2d 193.